**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rodney HERON, Defendant–Appellant.**

**No. 10–14450
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 22, 2011.

John H. Evans, Wifredo A. Ferrer, Anne R. Schultz, Jessica R. Styron, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Nathan Dorlan Clark, Coral Reef Law Offices, PA, Palmetto Bay, FL, for Defendant–Appellant.

Rodney Heron, Miami, FL, pro se.

Before BARKETT, HULL and BLACK, Circuit Judges.

PER CURIAM:

Nathan D. Clark, appointed counsel for Rodney Heron, has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's renewed motion to withdraw is **GRANTED,** and Heron's conviction and sentence are **AFFIRMED.**